Name: Weston David Allen
Address: Cquirch 2.312 B   P.o Box 250   Draper UT 84020
Telephone: NoN-

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_central_ DIVISION

| | |
|---|---|
| Weston David Allen <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> Clinton Friel, warden USP. <br> Richard Michael garden, M.D. <br> Kennon G. Tubbs M.D. <br> Berry Steve, P.A. <br> Terry Jeffries P.A., ETAL., <br><br> DEFENDANTS, | CIVIL RIGHTS COMPLAINT <br> (42 U.S.C §1983, §1985) <br><br> **2:03CV-0173 TS** <br> CIVIL NO._____ <br> (Supplied by Clerk) |

### A. JURISDICTION

1.  Jurisdiction is proper in this court according to:

        a. X 42 U.S.C. §1983
        b. __ 42 U.S.C. §1985
        c. __ Other (Please Specify) _____

2.  NAME OF PLAINTIFF Weston David Allen
    IS A CITIZEN OF THE STATE OF _Utah_

    PRESENT MAILING ADDRESS: Cquirch 1.312, B
    P.C. Box 250
    Draper, UT 84020

**7**

3. NAME OF FIRST DEFENDANT _Clinton Fried et al._
   IS A CITIZEN OF ___SLC Utah___
   (City and State)

   IS EMPLOYED AS _Warden_ at _Utah State prison_
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES (✓) NO___. If your answer is "YES" briefly explain.

   _Warden Fried is responsible for the_
   _Supervision of medical Dept, and The care_
   _and Treatment of prisoners._

4. NAME OF SECOND DEFENDANT _V.A. Richard Michael Garden_
   (If applicable)

   IS A CITIZEN OF _Salt lake city Utah_
   (City and State)

   IS EMPLOYED AS _Medical Director_ at _U.S.P_.
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES (✓) NO___. If your answer is "YES" briefly explain.

   _Dr. Garden was Medical Director from Jun 1995_
   _through Sept 1999 when he became Medical_
   _Administrator, which he still is._

5. NAME OF THIRD DEFENDANT _Denny Stone P.A._
   (If applicable)

   IS A CITIZEN OF _Salt lake City, Utah_
   (City and State)

IS EMPLOYED AS _Medical Provider_ at _USP_ .
     (Position and Title if Any)     (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

_PA Stone was acting as a medical provider_
_when he failed To Treat me for Hepatitis C._

6.    NAME OF FOURTH DEFENDANT _Terry Jeffries, Jr., PA._
    (If applicable)

IS A CITIZEN OF _Salt lake city Utah_
    (city and State)

IS EMPLOYED AS _Medical provider_ at _USP_ .
    (Position and Title if Any)    (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

_PA. Jeffries was acting as a medical_
_provider when he failed To Treat me for_
_Hepatitis C._

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court?  Please explain the circumstances that led to the problem. ~~_____~~ _I have a right To know if_
_I have a Serious medical problem, and a right_
_To be medically Treated for any Serious_
_medical needs. The prison Violated These right_
_by failing To Treat me for hepatitis C._

C. Cause of Action

1. Medical records made by Kennon Tubbs MD on 6/11/02 show That the prison knew I had Hepatitis C, in 1998 (See hand numbered pages 143 - attached).

2. I was not Told I had hepatitis C, until 3/27/02. PA Raymond G. Merrill Told me I Should get Treatment when I am paroled. (See PA Merrill note attached)

3. I asked for Treatment, and on 6/11/02.

4. Treatment was denied.

5. I was refused Treatment repeatedly.

6. I grieved Through all these levels without Success.

7. When the prison first discovered I had hepatitis C, in 1998 Treatment should have been given.

8. I should have been Told I have hepatitis C, and So I could have gotten Treatment.

9. If I had been Told I had hepatitis C, before I was paroled, I would have Taken precautions against infecting "others".

10. Although hepatitis C may have a 20 to 30 year course, it may cause damage much Sooner, especially when ordinary over The counter medications can cause liver damage, When hepatitis C is present

11. I was unnecessarily Subjected To liver damage pain and Suffering.

12. I infected others, who now need Treatment.

13. UDC has Treated other inmates for hepatitis C.

14. Failure To Tell or Treat me violates my 14th Amendment right I Equal Protection

and Subjected me To cruel and unusual
punishment under the Eighth Amendment.
My 14ᵗʰ Amendment, Equal protection was violated.
UDC has Treated Others for hepatitis C (see Copy of
S. L. TRIBune article attached)

**C. CAUSE OF ACTION**

1.   I allege that my constitutional rights, privileges or immunities have been violated and that the
     following facts form the basis for my allegations: (If necessary you may attach additional
     pages)                   8th Amendment

a.   (1)   Count I: Deliberate indifference To Serious medical needs,


     (2)   Supporting Facts: (Describe exactly what each defendant did or did not do.
           State the facts clearly in your own words without citing legal authority or
           arguments.)
           The failure To Tell me that I have Hepatitis C

           in 1995 was intentional. Denial of Treatment

           was also intentional when I learned I was infected
           and asked To be Treated.

           PA. Jeffries Told me that the prison would

           rather buy me a box (coffin) Than Treat me.

           That says UDC's intent plainly (See attached.)

                 8th amendment

b.   (1)   Count II: Cruel and unusual punishment


     (2)   Supporting Facts: Denial of treatment increased
           my punishment beyond that ordered by
           the court, Subjecting me To unnecessary
           pain, Suffering and Severe liver damage
           or death (See section - ? - Dr Tubbs entry)
               (hand numbeRed p. 148, Above)

c.    (1)    Count III: _Falsifying government_
_Documents intentionally_

(2)    Supporting Facts: _I was by PPA. Raymond Merrill that_
_on 3/22/62 that I have Hepatitis C._
_Dr Gordon later claimed that_
_I had told medical I had Hepatitis C._
_which is false, DR. Gordon falsified_
_Medical/government Documents about me._
_(See Medical & greving records attached)_

## D. INJURY

1.    How have you been injured by the actions of the defendant(s)?

_Progressive liver damage from untreated_
_Hepatitis C, and continues pain from_
_liver damage. Mental anguish from_
_denial of treatment, and from Knowing_
_I infected my wife and others unintentionally_
_after I was released without being told_
_I had Hepatitis C_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.    Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?  YES___
___ / NO _____.  If your answer is "YES," describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a.          Parties to previous lawsuit:

d. 1) Count IV: Eighth Amendment violation, policy,
custom and practice inflicted cruel and unusual
punishment.
2) Supporting Facts: medical Administrator,
R. Michael Garden, M.D. responsible for the
policy, customs and practice. He directed the
Medical staff to deny me treatment until I
have served three months in order to save
money, this causing me to go through
pain and suffering, and may cost my life.

c. (1) Count V: Fourteenth Amendment violation
of my right to Equal Protection.

2) Supporting to Facts: Prison Medical providers
violated my Fourteenth amendment rights
when they ~~been~~ told their inmates that they have
hepatitis C, and failed to tell me that I have it.
I have just as much right to know as they do.
(See cause of Action) (See also Wm West Statement)

f. (1) Count VI: Fourteenth Amendment violation
of my right to Equal Protection.
2) Supporting Facts: When Prison Medical
Providers denied me Treatment to hepatitis C,
and treated others, they failed to treat me
similarly to similarly situated inmates.
their denial of treatment to me violated
My right to Equal protection under the Fourteenth
Amendment.
(See cause of Action - Probably 6/11/02 entry)

Plaintiff(s): _Weston David Allen_

Defendant(s): _Clinton Friel and R. Michael Garden, et al,_

b.   Name of court and case or docket number:   _C2C1CC322_

c.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)   _Treatment ordered, No appeal._

d.   Issues raised:  _I asked for Treatment_
_for hepatitis C, and the Court ~~denied~~ it_

e.   When did you file the lawsuit?   _July, 2002_

 Date     Month     Year

f.   When was it (will it be) decided?   _Relief ordered 11-1-02_

2.   Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES _X_ / NO _____.  If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.
_I repeatedly asked for and was denied_
_Treatment by the prison._
_I Then grieved through all Three levels_
_and was denied Treatment. (Copies Attached)_

## F. REQUEST FOR RELIEF

1.   I believe that I am entitled to the following relief:

_Compensitory damages for medical and_



legal costs; mental/emotional anguish,
physical Injury; exemplary/punitive damages
To discourage future misconduct; correct false
)Iledical records and any other relief the Court deems fit,

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _____ on _____ 19____
      (Location)         (Date)

_____
Signature

H:\prose\civrt.gui

# Exhibits/ Attachments to this document have **not** been scanned.

# Please see the case file.